FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 AUG 15 PM 12: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TROY A. AUTIN, II | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: **03-2309** |
| | * | |
| TEEN CHALLENGE INTERNATIONAL | * | |
| GREATER NEW ORLEANS TEEN | * | SECTION   **SECT. F MAG. 4** |
| CHALLENGE; | * | |
| MT. GRACE TEEN CHALLENGE; | * | JUDGE |
| TEEN CHALLENGE OF LOUISIANA; | * | |
| MT. GRACE REHABILITATION CENTER | * | MAGISTRATE |
| MIKE BARTON; | * | |
| JULIE BARTON; TERRI LYNN HIGGS; | * | |
| MARVIN E. GORMAN; RANDALL L. | * | |
| GORMAN; KENNETH M. GORMAN; | * | |
| GREG DILL; GARY BENTLEY; | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## COMPLAINT

TO THE HONORABLE, THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA, AND THE JUDGES THEREOF:

The complaint of TROY A. AUTIN, II, through undersigned counsel, with respect represents that:

### PARTIES

1.

Petitioner, TROY A. AUTIN, II (hereinafter referred to as "Petitioner"), a person of the full age and majority, is a citizen of the United States of America and is a resident and domiciliary of the City of Kenner, Parish of Jefferson, State of Louisiana.

Fee $150.
Process
X  Dktd
___ CtRmDep
___ Doc. No.

1

2.

Made Defendant herein is TEEN CHALLENGE INTERNATIONAL, a foreign non-profit corporation, authorized and doing business in Louisiana.

3.

Made Defendant herein is TEEN CHALLENGE OF LOUISIANA, INCORPORATED, a non-profit corporation organized under the laws of Louisiana.

4.

Made Defendant herein is GREATER NEW ORLEANS TEEN CHALLENGE, a non-profit corporation organized under the laws of Louisiana.

5.

Made Defendant herein is MT. GRACE REHABILITATION CENTER, INCORPORATED, a non-profit corporation organized under the laws of Louisiana.

6.

Made Defendant herein is MT. GRACE TEEN CHALLENGE, a non-profit corporation organized under the laws of Louisiana.

7.

Made Defendant herein is MIKE BARTON, a person of full age and majority, a citizen of the United States, and a resident and domiciliary of the City of Dodson, Parish of Winn, State of Louisiana.

8.

Made Defendant herein is JULIE BARTON, a person of full age and majority, a citizen of the United States, and a resident and domiciliary of the City of Dodson, Parish of Winn, State of Louisiana.

9.

Made Defendant herein is TERRI LYNN HIGGS, a person of full age and majority, a citizen of the United States, and a resident and domiciliary of the City of Winnfield, Parish of Winn, State of Louisiana.

10.

Made Defendant herein is MARVIN E. GORMAN, a person of full age and majority, a resident of the United States, and a resident and domiciliary of the City of Metairie, Parish of Jefferson, State of Louisiana.

11.

Made Defendant herein is RANDALL L. GORMAN, a person of full age and majority, a resident of the United States, and a resident and domiciliary of the City of Metairie, Parish of Jefferson, State of Louisiana.

12.

Made Defendant herein is KENNETH M. GORMAN, a person of full age and majority, a resident of the United States, and a resident and domiciliary of the City of Metairie, Parish of Jefferson, State of Louisiana.

13.

Made Defendant herein is GREG GILL, a person of full age and majority, a resident of the United States, and a resident and domiciliary of the City of New Orleans, Parish of Orleans, State of Louisiana.

14.

Made Defendant herein is GARY BENTLEY, a person of full age and majority, a resident of the United States, and a resident and domiciliary of the City of Dodson, Parish of Winn, State of Louisiana.

**JURISDICTION AND VENUE**

15.

The Court has original jurisdiction under 28 U.S.C. § 1331 because this action arises under the Eight Amendment to the Constitution of the United States of America; 42 U.S.C. § 1983 and the Louisiana Constitution, Article I, Section 20.

16.

Venue is appropriate in the Eastern District of Louisiana under 28 U.S.C. 1391(b) in that a substantial part of the events giving rise to the claim occurred in the Eastern District of Louisiana.

17.

On or about September 5, 2002, while interned at the Greater New Orleans Teen Challenge for a violation of probation, Petitioner, Troy A. Autin, III, was bitten by a brown recluse spider and was refused medical treatment despite his allergic condition.

18

Petitioner avers that he did not receive medical treatment until September 7, 2002, after two days of excruciating pain and discomfort.

19.

On or about October 15, 2002, Petitioner, Troy A. Autin III, while still interned at Greater New Orleans Teen Challenge suffered an in grown toe nail and was again refused treatment until October 22, 2002, resulting in a surgical procedure.

20.

Petitioner avers that defendants, Teen Challenge International, Teen Challenge of Louisiana, Greater New Orleans Teen Challenge, Inc., Marvin E. Gorman, Randall L. Gorman, Kenneth M. Gorman, and Greg Gill violated his Constitutionally protected rights under the Eighth Amendment of the United States Constitution and Article I, Section 20, of the Louisiana Constitution, in that the Teen Challenge officials were deliberately indifferent to Mr. Autin's serious medical conditions when they denied, delayed, and intentionally interfered with his medical treatment which resulted in substantial harm to Mr. Autin.

21.

Petitioner avers that defendants, Teen Challenge International, Teen Challenge of Louisiana Greater New Orleans Teen Challenge Marvin E. Gorman, Randall L. Gorman, Kenneth M. Gorman, and Greg Gill, acting under the color of State law, and in violation of 42 U.S.C. § 1983, violated Petitioner's Civil Rights in refusing to attend to his medical needs.

22.

On or about December 6, 2002, Petitioner, Troy A. Autin, III, while interned at the Mt. Grace Teen Challenge, Mr. Autin was again bitten by a brown recluse spider while on a work detail and was again refused medical treatment despite his allergic condition.

23.

Petitioner avers that he did not receive medical treatment until December 9, 2002, and only after three days of excruciating pain and discomfort.

24.

Petitioner further avers that despite doctor orders that Petitioner receive bed rest and medication, he was forced to continue work and denied his medication which resulted in Petitioner needing emergency hospital care.

25.

Petitioner also avers that despite work weight restrictions placed on him due to a previous shoulder injury, he was forced to complete heavy manual labor, including but not limited to stacking wood, chopping wood, stacking large sacks of clothes, and moving heavy furniture.

26.

Petitioner avers that due to the excessive force, deliberate indifference, and wanton infliction of pain associated with the manual labor he was forced to perform despite the medical restrictions placed on him, he is now required to have corrective surgery to his previously injured shoulder.

27.

Petitioner avers that defendants, Teen Challenge International, MT. Grace Rehabilitation Center, Inc., Mt. Grace Teen Challenge, Mike Barton, Julie Barton, Terri Lynn Higgs, and Gary Bentley violated his Constitutionally protected rights under the Eighth Amendment of the United States Constitution and Article I, Section 20, of the Louisiana Constitution, in that the Teen Challenge officials were deliberately indifferent to Mr. Autin's serious medical conditions when they denied, delayed, and intentionally interfered with his medical treatment which resulted in substantial harm to Mr. Autin.

28.

Petitioner further avers that the force applied by defendants, Teen Challenge International, Mt. Grace Rehabilitation Center, Inc., Mt. Grace Teen Challenge, Mike Barton, Julie Barton, Terri Lynn Higgs, and Gary Bentley, in the form of the work assignments given to Mr. Autin, were not applied in a good faith effort to maintain or restore discipline, but rather was administered in a malicious or sadistic manner to cause harm which cause substantial injury to Petitioner.

29.

Petitioner avers that defendants, Teen Challenge International, Mt. Grace Rehabilitation Center, Inc., Mt. Grace Teen Challenge, Mike Barton, Julie Barton, Terri Lynn Higgs, and Gary Bentley, acting under the color of State law, and in violation of 42 U.S.C. § 1983, violated Petitioner's Civil Rights in refusing to attend to his medical needs.

30.

Petitioner also avers that Defendants, Teen Challenge International, Teen Challenge of Louisiana, Inc., Mt. Grace Rehabilitation Center, Inc. Greater New Orleans Teen Challenge, Inc., Marvin E. Gorman, Randall L. Gorman, Kenneth M. Gorman, Greg Gill, Mt. Grace Teen Challenge, Mike Barton, Julie Barton, Terri Lynn Higgs, and Gary Bentley, acting under the color of State law and in violation of 42 U.S.C. § 1983, violated Petitioner, Troy A. Autin, III's, Civil Rights by not allowing Petitioner to practice his own faith, but rather requiring Petitioner to worship in the Pentecostal Faith despite representations made to the Court that the Teen Challenge Programs were a non-profit drug rehabilitation program.

31.

In the alternative, Petitioner avers that his injuries were caused solely by the negligence of Defendants, Teen Challenge International, Teen Challenge of Louisiana, Inc., Mt. Grace Rehabilitation Center, Inc. Greater New Orleans Teen Challenge, Inc., Marvin E. Gorman, Randall L. Gorman, Kenneth M. Gorman, Greg Gill, Mt. Grace Teen Challenge, Mike Barton, Julie Barton, Terri Lynn Higgs, and Gary Bentley, in the following non-exclusive particulars:

    a)    In failing to properly fumigate the sleeping quarters for insects and spiders;

    b)    In negligently assigning manual labor to a medically restricted inmate;

    c)    In negligently providing medical care for Petitioner, Troy A. Autin, III;

    d)    Failing to timely and/or safely maintain or fix the sleeping quarters;

    e)    Failing to timely inspect the sleeping quarters and work areas;

    f)    Failing to warn its guest, such as Petitioner, of the danger;

g)  Permitting a hazardous and dangerous situation to exist for its inmates;

h)  In other acts of negligence which will be shown with particularity at trial.

WHEREFORE, Petitioner prays that there be judgment in his favor and against the defendants, jointly, severally, and in solido, in amounts to be determined at the trial and found reasonable in the premises, together with legal interest until paid in full, and costs and disbursements of these proceedings, and all other general and equitable relief as the Court may deem fit. Petitioner further prays for an award of attorney fees as allowed by both the Constitutional violation and as provided in 42 U.S.C. § 1983. Petitioner further prays for a trial by jury herein.

Respectfully submitted,

_____
SIDNEY L. SHUSHAN, #12055
J. HARRISON HENDERSON III, #6766
BRIAN L. GLORIOSO, #27226
Guste, Barnett & Shushan
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
Attorneys for Petitioner,
Troy A. Autin, III

**PLEASE SERVE:**

| | |
|---|---|
| TEEN CHALLENGE INTERNATIONAL<br>3728 WEST CHESTNUT EXPRESSWAY<br>SPRINGFIELD, MO. 65802 | **HOLD SERVICE** |
| TEEN CHALLENGE OF LOUISIANA, INC.<br>THROUGH THEIR AGENT FOR SERVICE OF PROCESS<br>MARVIN E. GORMAN<br>4008 NORTH TURNBULL DRIVE<br>METAIRIE, LA 70152 | **HOLD SERVICE** |
| GREATER NEW ORLEANS TEEN CHALLENGE, INC.<br>THROUGH THEIR AGENT FOR SERVICE OF PROCESS<br>MARVIN E. GORMAN<br>4008 NORTH TURNBULL DRIVE<br>METAIRIE, LA 70152 | **HOLD SERVICE** |
| MT. GRACE REHABILITATION CENTER, INC.<br>THROUGH THEIR AGENTS FOR SERVICE OF PROCESS<br>MIKE BARTON OR JULIE BARTON        TERRI LYNN HIGGS<br>564 BRAXTON ROAD                               7958 U.S. HIGHWAY 167<br>DODSON, LA 71422                               WINNFIELD, LA 71483 | **HOLD SERVICE** |
| MT. GRACE TEEN CHALLENGE`<br>THROUGH THEIR AGENTS FOR SERVICE OF PROCESS<br>MIKE BARTON OR JULIE BARTON        TERRI LYNN HIGGS<br>564 BRAXTON ROAD                               7958 U.S. HIGHWAY 167<br>DODSON, LA 71422                               WINNFIELD, LA 71483 | **HOLD SERVICE** |
| MARVIN E. GORMAN<br>4008 NORTH TURNBULL DRIVE<br>METAIRIE, LA 70152 | **HOLD SERVICE** |
| RANDALL L. GORMAN | **HOLD SERVICE** |

KENNETH M. GORMAN                           **HOLD SERVICE**

MIKE BARTON                                 **HOLD SERVICE**
564 BRAXTON ROAD
DODSON, LA 71422

JULIE BARTON                                **HOLD SERVICE**
564 BRAXTON ROAD
DODSON, LA 71422

TERRI LYNN HIGGS                            **HOLD SERVICE**
7958 U.S. HIGHWAY 167
WINNFIELD, LA 71483

GREG GILL                                   **HOLD SERVICE**

GARY BENTLEY                                **HOLD SERVICE**